**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA CORDOVA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Sensa Products, LLC,<br><br>    Defendant(s). | Case No.: C-12-1050-YGR<br>[related to C-11-1650-YGR]<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 6/25/2012 at 2:00 p.m. |
| REFERRED for Private Mediation to occur by | 6/15/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 7/17/12 |
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening: 7/31/12 |
| | Rebuttal: 8/31/12 |
| EXPERT DISCOVERY CUTOFF: | 10/29/12 |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | 2/19/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 3/29/13 |
| PRETRIAL CONFERENCE: | Friday, 4/12/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 5/6/2013 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 2 weeks |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1 The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing
3 Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**