1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  *Interim Class Counsel*

6  **MITCHELL SILBERBERG & KNUPP LLP**
   Jeffrey L. Richardson (State Bar No. 167274)
7  Seth E. Pierce (State Bar No. 186576)
   Valentine A. Shalamitski (State Bar No. 236061)
8  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
9  Telephone:      (310) 312-2000
   Facsimile:      (310) 312-3100
10 E-mail:         jlr@msk.com
                   sep@msk.com
11                 vas@msk.com

12 *Attorneys for Defendants Sensa Products, LLC and Alan R. Hirsch*

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE SENSA WEIGHT LOSS SYSTEM LITIGATION | CASE NO. 11-CV-1650 YGR |
|---|---|
| | The Honorable Yvonne Gonzalez Rogers |
| | ORDER GRANTING **STIPULATION FOR VOLUNTARY DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |

STIPULATION FOR VOLUNTARY DISMISSAL
CASE NO. 11-CV-1650 YGR

6039488.1/44149-00000

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeannette McClendon
2 and Defendants Sensa Products, LLC and Alan R. Hirsch, through their respective counsel, hereby
3 stipulate to dismissal of the action in light of the conclusion of the *Correa* litigation. Each party
4 shall bear its own fees and costs.

Dated: April 17, 2014      Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

**MILBERG LLP**
David E. Azar (State Bar No. 218319)
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-Mail: dazar@milberg.com

**MILBERG LLP**
Melissa Ryan Clark
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 273-4388
E-Mail: mclark@milberg.com

STIPULATION FOR VOLUNTARY DISMISSAL     1
CASE NO. 11-CV-1650 YGR
6039488.1/44149-00000

| | |
|---|---|
| | **EDGAR LAW FIRM, LLC** |
| | John F. Edgar |
| | 1032 Pennsylvania Avenue |
| | Kansas City, MO  64105 |
| | Telephone:  (816) 531-0033 |
| | Facsimile:  (816) 531-3322 |
| | E-Mail:  jfe@edgarlawfirm.com |
| | |
| | **DESAI LAW FIRM, P.C.** |
| | Aashish Y. Desai (State Bar No. 187394) |
| | 8001 Irvine Center Drive, Suite 1450 |
| | Irvine, CA 92618 |
| | Telephone:  (949) 842-8948 |
| | Facsimile:  (949) 271-4190 |
| | E-Mail:  aashish@desai-law.com |
| | |
| | *Attorneys for Plaintiffs* |
| Dated: April 17, 2014 | Respectfully submitted, |
| | **MITCHELL SILBERBERG & KNUPP LLP** |
| | By:      /s/   *Jeffrey L. Richardson* |
| | Jeffrey L. Richardson |
| | |
| | Jeffrey L. Richardson (State Bar No. 167274) |
| | Seth E. Pierce (State Bar No.  186576) |
| | Valentine A. Shalamitski (State Bar No. 236061) |
| | 11377 West Olympic Boulevard |
| | Los Angeles, California 90064-1683 |
| | Telephone:     (310) 312-2000 |
| | Facsimile:     (310) 312-3100 |
| | E-mail: jlr@msk.com |
| | sep@msk.com |
| | vas@msk.com |
| | |
| | *Attorneys for Defendants Sensa Products, LLC and Alan R. Hirsch* |

ORDER

Pursuant to the above stipulation, this action and related cases Mahboubian v. Sensa Products, LLC (11-cv-5516), Cordova v. Sensa Products, LLC (12-cv-1050), and Cruz v. Sensa Products, LLC (12-cv-1315) are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  April 21, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE